New York Central & Hudson River Railroad Company and others. R. A. Kutschboch, for appellants.

PER CURIAM. Judgment and order affirmed, with costs.

INGRAHAM, J., dissents, on the ground that the verdict is excessive.

GARRISON, Respondent, v. MATTHEWS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Wyckoff H. Garrison against James Matthews and Gardner D. Matthews. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the authority of Powers v. O'Neill, 89 Hun, 129, 34 N. Y. Supp. 1007.

GEARITY, Respondent, v. ARBUCKLE et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 23, 1905.) Action by Michael Gearity against John Arbuckle and others. No opinion. Judgment modified, by striking out the provision for an extra allowance, for want of power in the court at Trial Term to grant the same, and judgment, as modified, and order, unanimously affirmed, without costs.

GENNINGER v. BROWN et al. (Supreme Court, Appellate Division, First Department. November 17, 1905.) Action by Frank Genninger against Isaac Brown and others. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

GERHARDT et al. v. SCHWARTZ. (Supreme Court, Appellate Division, Second Department. June 16, 1905.) Action by John P. Gerhardt and others against John J. Schwartz. No opinion. Motion for resettlement of order granted, without costs, and order signed.

GIBLYN, Respondent, v. STEVENS, Appellant. (Supreme Court, Appellate Term. December 21, 1905.) Appeal from Municipal Court, Borough of Manhattan, Eighth District. Action by Loda M. Giblyn against Charles H. Stevens, as executor, etc. From a judgment in favor of plaintiff, defendant appeals. Affirmed. S. T. Stern, for appellant. H. F. Andrews, for respondent.

MacLEAN, J. The plaintiff sought and obtained recovery for failure of the defendant to repair as speedily as possible premises leased by her from the defendant and damaged by fire. Assuming on the statements in the brief of the appellant's counsel, who has not caused the lease, an admitted exhibit, to be included in the return, that such obligation rested upon the defendant, there were presented but questions of fact, the determination of which below calls for no interference in this court. Judgment affirmed, with costs. All concur.

GILLESPIE, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. August, 31, 1905.) Action by Elizabeth Safford Gillespie against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment modified, by striking therefrom the extra allowance, on the ground that there was no power in the trial court to grant the same, and judgment, as modified, and order denying motion for new trial, unanimously affirmed, without costs.

GODBEY, Respondent, v. HAMBURG–AMERICAN S. S. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1905.) Action by Julia A. Godbey, as executrix, etc., against the Hamburg-American Steamship Company. No opinion. Judgment modified, by striking out the provision for an extra allowance, on the ground of want of power in the court at Trial Term to grant the same, and judgment, as modified, and order denying motion for new trial, unanimously affirmed, without costs.

GOLD v. DANNAT et al. (Supreme Court, Appellate Division, First Department. October 13, 1905.) Action by Meyer Gold, as administrator, against David J. Dannat and another. No opinion. Appeal dismissed, with $10 costs.

GOLDSTEIN et al., Respondents, v. CITY OF NEW YORK, Appellant. MORELLO et al. v. SAME. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) Actions by Adolph Goldstein and another and by Joseph Morello and another against the city of New York. No opinion. Motion to dismiss appeals granted, with costs, unless the appellant shall perfect its appeals within 20 days, in which case the motion is denied, without costs.

GOODSELL et al., Respondents, v. MOUSLEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 27, 1905.) Action by Louis F. Goodsell and another against Elizabeth L. Mousley and others. No opinion. Interlocutory decree affirmed, with costs.

GOODSELL et al., Respondents, v. MOUSLEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) Action by Louis F. Goodsell and Frances A. Goodsell against Elizabeth L. Mousley and others. No opinion. Motion for leave to appeal to the Court of Appeals denied.

GRATZ v. TANNENBAUM et al. (Supreme Court, Appellate Division, Second Department. August 31, 1905.) Action by Abraham Gratz against Frank Tannenbaum and Frank Pivin. No opinion. Judgment affirmed, with costs.

GREEN, Respondent, v. UTICA & M. V. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 22, 1905.) Action by Celina A. Green, as administratrix, etc., against the Utica & Mohawk Valley Railway Company. No opinion. Judgment and order affirmed, with costs.

GREGORY, Respondent, v. ELMIRA WATER, LIGHT & R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1905.) Action by Chester H.